

**IT IS ORDERED as set forth below:**

Date: July 11, 2019

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| HELEN CAIN DOYLE, ) | |
| ) | Case No. 19-20124-JRS |
| Debtor. ) | |
| ) | |
| FIRST AMERICAN TITLE ) | |
| INSURANCE, COMPANY and ) | |
| GMAC MORTGAGE, LLC, ) | |
| ) | Adversary Proceeding 19-02022-JRS |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| HELEN CAIN DOYLE a/k/a HELEN ) | |
| ELIZABETH DOYLE a/k/a ELIZABETH ) | |
| C. DOYLE; JEFFREY L. FREELAN; ) | |
| GEORGIA RECOVERY SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiffs commenced the above-styled adversary proceeding on May 10, 2019, by filing a

1

Complaint to determine the dischargeability of certain indebtedness. On June 14, 2019, Defendant, Jeffrey L. Freeland ("Mr. Freeland"), filed a pro se response to the Complaint on behalf of Georgia Recovery Services, Inc. Mr. Freeland does not appear to be an attorney licensed to practice law in this Court. It is well-settled law in this district that an artificial entity must be represented by an attorney. Mr. Freeland may not, therefore, represent Georgia Recovery Services, Inc. in this action. Accordingly, it is

ORDERED that, on or before, July 25, 2019, an attorney duly licensed to practice law in this Court must file a notice of appearance on the docket that indicates that he or she will represent Georgia Recovery Services, Inc. in this adversary proceeding and it is

FURTHER ORDERED that if no such timely appearance is entered on the docket, Plaintiffs' Motion to Strike the response of Georgia Recovery Services, Inc. shall be granted without further notice or hearing.

The clerk is directed to serve a copy of this order on Plaintiffs, counsel for Plaintiffs, Defendants, and the U.S. Trustee.

## END OF ORDER